SPARTAN STORES, INC V CITY OF GRAND RAPIDS, No. 151016; reported below: 307 Mich App 565. On order of the Court, the application for leave to appeal the October 30, 2014 judgment of the Court of Appeals is considered, and it is denied, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. This denial is without prejudice to the ability of the City of Grand Rapids to raise a challenge, on remand, to whether the Tax Tribunal's jurisdiction was timely invoked, where Family Fare, LLC did not file the initial petition, but was added as copetitioner at a later date.

NEW PRODUCTS CORPORATION V HARBOR SHORES BHBT LAND DEVELOPMENT, LLC, No. 151288; reported below: 308 Mich App 638.

LAKELAND HOSPITALS AT NILES AND ST JOSEPH, INC V AUTO-OWNERS INSURANCE COMPANY, No. 151292; Court of Appeals No. 318440.

*In re* BEACH, No. 152454; Court of Appeals No. 325962.

*Reconsideration Denied November 25, 2015:*

WILLIAMS V FANNIE MAE, No. 152356; Court of Appeals No. 321677. Leave to appeal denied at 498 Mich 899.